UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KIMBERLY MICHELLE CLARIDY WALKER,

   Plaintiff,

v.                                                         Case No. 3:23-cv-950-TJC-PDB

UNITED STATES OF AMERICA,

   Defendant.
_____/

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The undersigned Assistant United States Attorney respectfully requests the Clerk of Court to substitute the undersigned Assistant United States Attorney as government co-counsel in regard to **forfeiture** proceedings in the above-styled cause, on behalf of the United States of America, in lieu of Assistant United States Attorney Mai Tran.

                                              Respectfully Submitted,

                                              ROGER B. HANDBERG
                                              United States Attorney

                              By:   *s/Jennifer M. Harrington*
                                    JENNIFER M. HARRINGTON
                                    Assistant United States Attorney
                                    Florida Bar No. 0117748
                                    400 W. Washington Street, Suite 3100
                                    Orlando, Florida 32801
                                    Telephone: (407) 648-7500
                                    Facsimile: (407) 648-7643
                                    Email: Jennifer.Harrington2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participants:

Kimberly Michelle Claridy Walker
39584-509
FCI Tallahassee
Federal Correctional Institution
P.O. Box 5000
Tallahassee, FL 32301

                                                    *s/Jennifer M. Harrington*
                                                    JENNIFER M. HARRINGTON
                                                    Assistant United States Attorney